# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CLEVELAND LEE WRIGHT,**
a/k/a Maiakhen Asar Maakheru
**ADC #119139**                                                        **PLAINTIFF**

v.                     Case No. 4:21-cv-00069-KGB

**SONDRA L. PARKER,**
Mental Health Supervisor, Varner Unit, ADC; *et al*.         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date and the Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Cleveland Lee Wright's complaint is dismissed. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 31st day of January, 2023.

_____
Kristine G. Baker
United States District Judge